UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON ASBURY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | No.  2:21-cv-0297 TLN KJN P<br><br><br>ORDER |

　　　Petitioner requested an extension of time to file objections to the April 5, 2021 findings and recommendations or his application to proceed in forma pauperis and trust account statement. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Petitioner's motion for an extension of time (ECF No. 7) is granted; and

　　　2. Petitioner shall file his objections or forms within thirty days from the date of this order.

Dated:  April 15, 2021

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

asbu0297.111