1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    CAMERON ASHBURY,                              No.  2:21-cv-00297-TLN-KJN

12                     Petitioner,

13          v.                                      **ORDER**

14    WARDEN,

15                     Respondent.

16

17          Petitioner, a state prisoner proceeding *pro se*, filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 05, 2021, the magistrate judge filed findings and recommendations herein which

21    were served on Petitioner and which contained notice to Petitioner that any objections to the

22    findings and recommendations were to be filed within fourteen days.  On April 15, 2021,

23    Petitioner was granted a thirty-day extension of time to file objections or his forms.  Petitioner has

24    not filed objections to the findings and recommendations.

25          The Court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28          1.  The findings and recommendations filed April 05, 2021, are ADOPTED IN FULL.

1

1        2.  This action is DISMISSED without prejudice.

2        3.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §

3   2253.

4   DATED:  June 8, 2021